# SEALED

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No   3 21-MJ-328-BK |
| Kedarius Waters (08) | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Kedarius Waters                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U S C §     Kidnapping; Conspiracy to commit kidnapping
1201(a) and (c)

Date:   03/30/2026 2 29 pm                                         _____
                                                                                                  *Issuing officer's signature*

City and state:    Dallas, Texas                        RENÉE HARRIS TOLIVER, U S  Magistrate Judge
                                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 4/1/2026 , and the person was arrested on *(date)* 4/1/2026
at *(city and state)* Antoch, IN .

Date: 4/1/2026                                         _____
                                                                            *Arresting officer's signature*

                                                                            JOHN W. GOODPASTER, SPECIAL AGENT
                                                                            *Printed name and title*