# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26-mj-1071 |
| Kedarius Waters | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A PRELIMINARY HEARING

A preliminary hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  U.S. District Courthouse<br>719 Church Street<br>Nashville, TN | Courtroom No.:   5A |
| | Date and Time:  4/6/26 11:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   04/02/2026

_____
*Judge's signature*

Magistrate Judge James P. O'Hara
*Printed name and title*

| Print | Save As... | | Reset |
|---|---|---|---|